**OFFICE OF THE STANDING TRUSTEE
IN PROCEEDINGS UNDER CHAPTER 13 OF THE
UNITED STATES BANKRUPTCY CODE**

**DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
TELEPHONE (601) 582-5011**

DATE:  June 11, 2025

ALICE FAYE BRYANT
913 Montgomery Cir
Hattiesburg, MS  39401

**RE:      NEW PLAN PAYMENT:  $985.00**
            Case No.  21-51111 KMS

**REASON FOR DECREASE:  MORTGAGE PAYMENT DECREASE EFFECTIVE JULY 2025**

Dear Debtor:

    Your Chapter 13 Plan payment has been decreased to the above stated sum.

    If you are paying direct, then your next monthly Plan payment after the date of this letter will be the above sum and your Chapter 13 Plan will pay out within the time that you originally proposed. If you are on a Wage Order, a new Wage Order will be sent to your employer and the new amount of your Plan payment will be withheld from your wages.

    A copy of this letter is being forwarded to your attorney.

OFFICE OF THE STANDING TRUSTEE

/s/  DAVID RAWLINGS, TRUSTEE

COUNSEL FOR DEBTOR:

    THOMAS C. ROLLINS, JR
    P O Box 13767
    Jackson, MS  39236