**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: ALICE BRYANT** **CASE NUMBER: 21-51111 KMS**

# CERTIFICATE OF SERVICE

I, David Rawlings, Chapter 13 Trustee, do hereby certify that I have on this date mailed a true and correct copy of the attached Wage Release to the debtor's employer by United States Mail, postage prepaid, to the address below:

NICE GUY'S AUTO
ATTEN: PAYROLL
5165 HWY 42
HATTIESBURG, MS 39401

Dated: 10/22/26

/s/David Rawlings
David Rawlings
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:
ALICE BRYANT
913 Montgomery Cir
Hattiesburg, MS 39401

CHAPTER 13 PROCEEDING:
21-51111 KMS

SSN: XXX-XX-2437

**RELEASE OF WAGES**

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

NICE GUY'S AUTO
ATTEN: PAYROLL
5165 HWY 42
HATTIESBURG, MS 39401

was required to pay debtor's earnings or a portion thereof to:

DAVID RAWLINGS, TRUSTEE
LOCK P.O. BOX 871
HATTIESBURG, MS 39403
(601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
(601) 582-5011
ecfNotices@rawlings13.net