**Fill in this information to identify the case:**

Debtor 1 **ALICE BRYANT**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the: **Southern District of Mississippi**
(State)

Case Number **21-51111 KMS**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** THE BANK OF NEW YORK MELLON

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 9 6 0 7

**Property Address:**
913 MONTGOMERY CIRCLE
Number Street

HATTIESBURG MS 39401
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 16,511.42 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 16,511.42 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 16,511.42 |

**Part 4: Postpetition Payment**

*Check one:*

☐ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ 31,630.36

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on October 2026. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5: Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

**Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ David Rawlings — Signature    Date 11/16/2026

Trustee: David Rawlings (First Name / Middle Name / Last Name)

Address: P.O. BOX 566 (Number / Street)

HATTIESBURG (City) MS (State) 39403 (ZIP Code)

Contact phone (601) 582-5011    Email ecfNotices@rawlings13.net

Debtor 1 **ALICE BRYANT** Case Number **21-51111 KMS** Page 1
Name

# History Of Payments

## Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 02/11/2022 | 7051983 | Principal (System Check) | 193.41 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 03/11/2022 | 7053430 | Principal (System Check) | 246.41 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 04/08/2022 | 7054850 | Principal (System Check) | 246.41 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 05/13/2022 | 7056337 | Principal (System Check) | 246.41 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 06/10/2022 | 7057727 | Principal (System Check) | 246.41 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 07/08/2022 | 7059080 | Principal (System Check) | 240.91 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 08/12/2022 | 7060514 | Principal (System Check) | 240.91 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 09/09/2022 | 7061877 | Principal (System Check) | 240.91 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 10/12/2022 | 7063301 | Principal (System Check) | 240.91 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 11/10/2022 | 7064713 | Principal (System Check) | 230.43 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 12/09/2022 | 7066103 | Principal (System Check) | 249.81 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 01/13/2023 | 7067555 | Principal (System Check) | 249.82 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 02/10/2023 | 7068912 | Principal (System Check) | 249.82 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 03/10/2023 | 7070285 | Principal (System Check) | 249.82 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 04/14/2023 | 7071701 | Principal (System Check) | 960.55 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 07/07/2023 | 7075737 | Principal (System Check) | 38.71 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 08/11/2023 | 7077128 | Principal (System Check) | 249.81 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 09/08/2023 | 7078470 | Principal (System Check) | 249.82 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 10/13/2023 | 7079839 | Principal (System Check) | 960.55 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 01/12/2024 | 7083764 | Principal (System Check) | 696.41 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 04/12/2024 | 7087650 | Principal (System Check) | 696.41 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 08/09/2024 | 7092729 | Principal (System Check) | 255.17 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 09/13/2024 | 7093972 | Principal (System Check) | 1,156.09 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 10/18/2024 | 8001063 | Principal (System Check) | 321.54 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 12/13/2024 | 8003379 | Principal (System Check) | 629.57 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 04/11/2025 | 8008043 | Principal (System Check) | 306.40 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 05/09/2025 | 8009186 | Principal (System Check) | 314.78 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 06/12/2025 | 8010384 | Principal (System Check) | 314.78 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 07/15/2025 | 8011526 | Principal (System Check) | 369.25 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 08/08/2025 | 8012575 | Principal (System Check) | 312.11 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 09/15/2025 | 8013735 | Principal (System Check) | 1,207.72 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 12/12/2025 | 8017054 | Principal (System Check) | 21.48 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 01/09/2026 | 8018173 | Principal (System Check) | 302.48 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 02/13/2026 | 8019370 | Principal (System Check) | 302.49 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 03/13/2026 | 8020598 | Principal (System Check) | 1,188.46 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 06/12/2026 | 8024304 | Principal (System Check) | 965.24 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 09/11/2026 | 8028003 | Principal (System Check) | 1,008.96 |
| 5 | THE BANK OF NEW YORK ME | Secured Mortgage Arrears - Pre Petition | 11/13/2026 | 8030499 | Principal (System Check) | 310.25 |
| | | | | | Total for Claim Number 5: | 16,511.42 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **16,511.42** |

## Part 4 - a (Postpetition Payments)

| Claim # | Name | Creditor Type | Date | Check # | Mortgage Pmt For | Posting Description | Amount |
|---|---|---|---|---|---|---|---|
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 01/13/2022 | 7050538 | Nov/2021 thru Dec/2021 | Principal (System Check) | 891.66 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 02/11/2022 | 7051983 | Jan/2022 thru Feb/2022 | Principal (System Check) | 891.66 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 03/11/2022 | 7053430 | Mar/2022 | Principal (System Check) | 445.83 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 04/08/2022 | 7054850 | Apr/2022 | Principal (System Check) | 445.83 |

Debtor 1 **ALICE BRYANT** Case Number **21-51111 KMS** 
Name

# History Of Payments

## Part 4 - a (Postpetition Payments)

| Claim # | Name | Creditor Type | Date | Check # | Mortgage Pmt For | Posting Description | Amount |
|---|---|---|---|---|---|---|---|
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 05/13/2022 | 7056337 | May/2022 | Principal (System Check) | 445.83 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 06/10/2022 | 7057727 | Jun/2022 | Principal (System Check) | 445.83 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 07/08/2022 | 7059080 | Jul/2022 | Principal (System Check) | 445.83 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 08/12/2022 | 7060514 | Aug/2022 | Principal (System Check) | 445.83 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 09/09/2022 | 7061877 | Sep/2022 | Principal (System Check) | 445.83 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 10/12/2022 | 7063301 | Oct/2022 | Principal (System Check) | 445.83 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 11/10/2022 | 7064713 | Nov/2022 | Principal (System Check) | 471.44 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 12/09/2022 | 7066103 | Dec/2022 | Principal (System Check) | 471.44 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 01/13/2023 | 7067555 | Jan/2023 | Principal (System Check) | 471.44 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 02/10/2023 | 7068912 | Feb/2023 | Principal (System Check) | 471.44 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 03/10/2023 | 7070285 | Mar/2023 | Principal (System Check) | 471.44 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 04/14/2023 | 7071701 | Apr/2023 | Principal (System Check) | 471.44 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 06/09/2023 | 7074439 | May/2023 | Principal (System Check) | 471.44 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 07/07/2023 | 7075737 | Jun/2023 thru Jul/2023 | Principal (System Check) | 942.88 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 08/11/2023 | 7077128 | Aug/2023 | Principal (System Check) | 471.44 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 09/08/2023 | 7078470 | Sep/2023 | Principal (System Check) | 471.44 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 10/13/2023 | 7079839 | Oct/2023 | Principal (System Check) | 471.44 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 12/08/2023 | 7082441 | Nov/2023 | Principal (System Check) | 489.52 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 01/12/2024 | 7083764 | Dec/2023 thru Jan/2024 | Principal (System Check) | 979.04 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 03/08/2024 | 7086323 | Feb/2024 | Principal (System Check) | 489.52 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 04/12/2024 | 7087650 | Mar/2024 thru Apr/2024 | Principal (System Check) | 979.04 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 06/07/2024 | 7090168 | May/2024 | Principal (System Check) | 489.52 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 07/12/2024 | 7091475 | Jun/2024 | Principal (System Check) | 489.52 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 08/09/2024 | 7092729 | Jul/2024 thru Aug/2024 | Principal (System Check) | 979.04 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 09/13/2024 | 7093972 | Sep/2024 | Principal (System Check) | 489.52 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 10/18/2024 | 8001063 | Oct/2024 | Principal (System Check) | 489.52 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 12/13/2024 | 8003379 | Nov/2024 thru Dec/2024 | Principal (System Check) | 1,305.04 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 02/07/2025 | 8005656 | Jan/2025 | Principal (System Check) | 652.52 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 03/07/2025 | 8006812 | Feb/2025 | Principal (System Check) | 652.52 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 04/11/2025 | 8008043 | Mar/2025 thru Apr/2025 | Principal (System Check) | 1,305.04 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 05/09/2025 | 8009186 | May/2025 | Principal (System Check) | 652.52 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 06/12/2025 | 8010384 | Jun/2025 | Principal (System Check) | 652.52 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 07/15/2025 | 8011526 | Jul/2025 | Principal (System Check) | 596.81 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 08/08/2025 | 8012575 | Aug/2025 | Principal (System Check) | 596.81 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 09/15/2025 | 8013735 | Sep/2025 | Principal (System Check) | 596.81 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 11/07/2025 | 8015845 | Oct/2025 | Principal (System Check) | 596.81 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 12/12/2025 | 8017054 | Nov/2025 thru Dec/2025 | Principal (System Check) | 1,193.62 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 01/09/2026 | 8018173 | Jan/2026 | Principal (System Check) | 596.81 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 02/13/2026 | 8019370 | Feb/2026 | Principal (System Check) | 596.81 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 03/13/2026 | 8020598 | Mar/2026 | Principal (System Check) | 596.81 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 05/15/2026 | 8023070 | Apr/2026 | Principal (System Check) | 596.81 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 06/12/2026 | 8024304 | May/2026 thru Jun/2026 | Principal (System Check) | 1,193.62 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 08/14/2026 | 8026807 | Jul/2026 | Principal (System Check) | 591.75 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 09/11/2026 | 8028003 | Aug/2026 thru Sep/2026 | Principal (System Check) | 1,183.50 |
| 5 | THE BANK OF NEW YORK ME | Mortgage Step Pmts | 11/13/2026 | 8030499 | Oct/2026 | Principal (System Check) | 591.75 |
| | | | | | | Total for Claim Number 5: | 31,630.36 |
| | | | | | | **Total for Part 4 - a (Postpetition Payments):** | **31,630.36** |

# CERTIFICATE OF SERVICE

I, David Rawlings, do hereby certify that I have this date transmitted via Electronic Case Filing, and/or via U. S. Mail, postage prepaid, a true and correct copy of NOTICE OF DISBURSEMENTS MADE (THE BANK OF NEW YORK MELLON (Claim #5)) to the below parties.

Notice Provided via First Class U.S. Mail:

ALICE BRYANT
913 Montgomery Cir
Hattiesburg, MS 39401

THE BANK OF NEW YORK MELLON
NEWREZ LLC DBA SHELLPOINT
MORTGAGE SERVICING
PO BOX 10826
GREENVILLE, SC 29603

ELIZABETH CROWELL PRICE OF DEAN MORRIS LLC
ATTORNEYS AT LAW
1820 AVENUE OF AMERICA
MONROE, LA 71201

HILL WALLACK LLP
300 S. ORANGE AVE., STE 1000
ORLANDO, FL 32801

Service provided via Notice of Electronic Filing (NEF) through ECF system:

THOMAS C. ROLLINS, JR
UNITED STATES TRUSTEE

Dated this the 16th day of November, 2026.

*/s/ David Rawlings*
DAVID RAWLINGS, TRUSTEE